```
                                              FILED
                                        2007 MAY 15  AM 8:57

              UNITED STATES DISTRICT COURT  CLERK US DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
              SOUTHERN DISTRICT OF CALIFORNIA
                                        BY_____DEPUTY
```

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>          Plaintiffs,<br>  v.<br><br>LIPOWSKY SALOMON; VEINBERGS AIDA; LIPOWSKY FAMILY TRUST (10-13-98)(Family Trust); And DOES 1 THROUGH 10, Inclusive<br><br>          Defendants. | Case No.: 06cv2218 L (RBB)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

    **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2218 L (RBB). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: 5/14/07

                        HONORABLE M. JAMES LORENZ
                        UNITED STATES DISTRICT COURT JUDGE

ALL PARTIES/COUNSEL

Document Date: May 2, 2007

                    1      Case Number: 06cv2218 L (RBB)